**EXHIBIT A**
**Felony Sentences Imposed on Related Defendants to Date**

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| Gibbs, Leroy[2] | 22 Cr. 534 (CM) | 2/8/23 | $2,000 / $9,950 | 27 to 33 months | Time served | Time served | 27 to 33 months | 33 months' imprisonment |
| Figueroa, Julio | 22 Cr. 605 (DLC) | 2/9/23 | $6,000 / $46,622 | 12 to 18 months | Time served | Time served | 12 to 18 months | 15 months' imprisonment |
| Rivera, John | 24 Cr. 150 (DLC) | 6/28/24 | $7,500 / $60,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 12 months and one day's imprisonment |
| Quetell, Eddie | 24 Cr. 141 (VSB) | 7/23/24 | $9,000 / $85,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 5 months' imprisonment |
| Escobar, Mauricio | 24 Cr. 213 (JPO) | 7/25/24 | $9,500 / $56,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 5 months' imprisonment |
| Hernandez, Jose | 24 Cr. 156 (ALC) | 7/25/24 | $99,500 / $659,800 | 30 to 37 months | 1 year 1 day | 11 months' home detention | 30 to 33.5 months | 19 months' imprisonment |
| Lucas, Tara | 24 Cr. 148 (LTS) | 7/30/24 | $19,000 / $77,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |
| Rupnarain, Dwarka | 24 Cr. 125 (VEC) | 8/5/24 | $83,100 / $508,000 | 24 to 30 months | 1 year 1 day | Probation | ~27 months | 20 months' imprisonment |

---

[1] Where the Government requested a sentence within a narrower part of the Guidelines range, such as "within the bottom half" or "near the middle," this request has been converted into the corresponding number of months for purposes of this chart.

[2] Gibbs's case involved an aggravating enhancement for obstruction of justice, due to obstructive conduct and evidence of additional bribery that came to light after the PSR was issued.

| Defendant | Docket | Date | Bribe / Contracts Amount | Guidelines Range | Probation Recomm. | Def. Request | Gov't Request[1] | Sentence |
|---|---|---|---|---|---|---|---|---|
| Samuel, Clarence | 24 Cr. 241 (LGS) | 9/3/24 | $82,200 / $250,000 | 24 to 30 months | 8 months | Probation | 24 to 27 months | 17 months' imprisonment |
| Johnson, Michael | 24 Cr. 135 (JMF) | 9/5/24 | $53,800 / $283,000 | 24 to 30 months | 1 year 1 day | Time served | 24 to 27 months | 16 months' imprisonment |
| Mendez, Joacim | 24 Cr. 308 (DLC) | 9/6/24 | $36,500 / $350,000 | 18 to 24 months | 1 year 1 day | Time served or home confinement | ~15 months | 15 months' imprisonment |
| Hopkins, Deshon | 24 Cr. 201 (LTS) | 9/16/24 | $13,500 / $125,000 | 12 to 18 months | Time served | Time served | 12 to 15 months | 4 months' imprisonment and 3 months' home detention |
| Machado, Vincent | 24 Cr. 202 (JMF) | 9/24/24 | $17,000 / $170,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 12 months and one day's imprisonment |
| Espinal, Jose | 24 Cr. 209 (JHR) | 9/25/24 | $5,000 / $48,000 | 8 to 14 months | Time served | Probation | 8 to 10 months | 6 months' imprisonment |
| Williams, Willie | 24 Cr. 260 (JGLC) | 9/26/24 | $21,350 / $190,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |
| Owens, Brett | 24 Cr. 183 (JPC) | 10/2/24 | $7,300 / $71,000 | 12 to 18 months | 6 months | Time served | 12 to 15 months | 9 months' imprisonment |
| Priester, Curtis | 24 Cr. 205 (NRB) | 10/10/24 | $13,500 / $85,000 | 12 to 18 months | Time served | Time served | 15 months | 9 months' imprisonment |
| Buckner, Marc | 24 Cr. 380 (KPF) | 10/16/24 | $25,000 / $235,000 | 18 to 24 months | Time served | Time served | 18 to 21 months | 9 months' imprisonment |

| **Defendant** | **Docket** | **Date** | **Bribe / Contracts Amount** | **Guidelines Range** | **Probation Recomm.** | **Def. Request** | **Gov't Request**[1] | **Sentence** |
|---|---|---|---|---|---|---|---|---|
| Fuller, Joseph | 24 Cr. 181 (DEH) | 10/17/24 | $37,800 / $218,000 | 18 to 24 months | 2 months | Time served | 18 to 21 months | 4 years' probation with 12 months' home detention |
| De Los Santos, Victor | 24 Cr. 155 (KMW) | 10/23/24 | $35,000 / $280,000 | 18 to 24 months | 9 months | Probation with home detention | 18 to 21 months | 8 months' imprisonment |