**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,           :     24 CR. 445 (RMB)
                                         :
    - against -                       :     **ORDER**
                                         :
                                         :
SEGUNDO TORRES,                          :
                                         :
                Defendant.            :
-------------------------------------------------------------x

       The sentencing scheduled for Tuesday, November 12, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: November 6, 2024
       New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                               U.S.D.J.