**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                          Government,               :        24 Cr. 445 (RMB)
                                                    :
              - against -                           :        **ORDER**
                                                    :
                                                    :
SEGUNDO TORRES,                                     :
                                                    :
                          Defendant.                :
-----------------------------------------------------------------x


      The supervised release hearing scheduled for January 13, 2026 at 10:00 A.M. will take place in Courtroom 17B.


Dated: January 8, 2026
     New York, NY



_____
     **RICHARD M. BERMAN**
         **U.S.D.J.**