**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                      Government,         :         24 Cr. 445 (RMB)

       - against -                                :         **ORDER**

SEGUNDO TORRES,                                    :

                    Defendant.         :

--------------------------------------------------------------x

      The supervised release hearing scheduled for February 4, 2026 at 10:30 A.M. will take place in Courtroom 17B.

Dated: January 29, 2026
      New York, NY

                                              **RICHARD M. BERMAN**
                                                 U.S.D.J.