UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :        24 Cr. 445 (RMB)
                                                   :
            - against -                            :        **ORDER**
                                                   :
                                                   :
SEGUNDO TORRES,                                    :
                                                   :
                          Defendant.               :
------------------------------------------------------------------x

The supervised release hearing scheduled for March 4, 2026 at 11:30 A.M. will take place in Courtroom 17B.

Dated: February 25, 2026
        New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**