**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :

                                Government,    :          24 Cr. 445 (RMB)

                                               :
            - against -                        :          **ORDER**

                                               :
SEGUNDO TORRES,                                :

                                               :
                                Defendant.     :
------------------------------------------------------------------x


        The supervised release hearing is scheduled for March 31, 2026 at 9:00 A.M. on

Microsoft Teams. The Court will send the link by email.


Dated: March 25, 2026
        New York, NY


                                              _____
                                              **RICHARD M. BERMAN**
                                              **U.S.D.J.**