**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :
                                                              :
                            Government,            :            24 Cr. 445 (RMB)
                                                              :
          - against -                       :            **ORDER**
                                                              :
SEGUNDO TORRES,                              :
                                                              :
                      Defendant.            :
-------------------------------------------------------------x


      The supervised release hearing is scheduled for April 15, 2026 at 9:00 A.M. on Microsoft

Teams. The Court will send the link by email.


Dated: April 9, 2026
     New York, NY


                                              **RICHARD M. BERMAN**
                                                 **U.S.D.J.**