**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                              Government,     :          24 CR. 445 (RMB)

                                              :

        - against -                           :          **ORDER**

                                              :

SEGUNDO TORRES,                               :

                                              :

                              Defendant.       :
----------------------------------------------------------------x


        The supervised release hearing is scheduled for Thursday, May 21, 2026 at

10:00 A.M.

        The court will send the link via email.


Dated: May 13, 2026
        New York, NY

                                        **RICHARD M. BERMAN**
                                        **U.S.D.J.**