**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                       :

                Government,       :        24 CR. 445 (RMB)

                       :

      - against -          :       **ORDER**

                       :

SEGUNDO TORRES,           :

                       :

             Defendant.      :
----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, June 25, 2026 at

11:00 A.M.

       The court will send the link via email.


Dated: June 17, 2026
       New York, NY

                                   *RMB*

                          **RICHARD M. BERMAN**
                                **U.S.D.J.**