**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        24 Cr. 445 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
                                             :
SEGUNDO TORRES,                              :
                                             :
                          Defendant.         :
-----------------------------------------------------------------x


The supervised release hearing previously scheduled for June 25, 2026 at 11:00 A.M. is rescheduled to August 4, 2026 at 10:00 A.M on Microsoft Teams/in Courtroom 17B. The Court will send the link by email.

Dated: June 25, 2026
       New York, NY


_____
        **RICHARD M. BERMAN**
        **U.S.D.J.**